ANASTASIA M. MALONEY, as Administratrix of the Estate of JOHN T. McCARTY, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 27499.) ELEANOR A. K. GOKEY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 27500.) GEORGE BLANCHARD, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 27506.) — Actions against the State of New York for injuries sustained on the Avenue of Pines at the State reservation at Saratoga. The cases were tried upon the theory that there was a dangerous

and unsafe condition arising from ice on the roadway. The decision of the Court of Claims is sustained by the evidence. Judgments affirmed, without costs. All concur, except Brewster, J., who dissents and votes to reverse and grant a new trial.